UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY CARTER,<br>    Plaintiff, | :<br>:<br>: |
| v. | : CASE NO. 3:00CV1132 (AWT) |
| WARDEN WEZNER, ET AL.,<br>    Defendants. | :<br>:<br>: |

**ORDER AND NOTICE TO PARTIES REGARDING SETTLEMENT CONFERENCE**

On August 22, 2003, this case was referred to the undersigned for the purpose of conducting a settlement conference. In their Joint Mediation Report submitted on September 8, 2003, the parties represent that a settlement conference is likely to be productive only after a decision on a motion for summary judgment. Based on the parties' representation, it is hereby ORDERED:

   1.   A settlement conference will not be scheduled at this time. If at anytime in the future the parties agree that a settlement conference is likely to be productive, they may contact the chambers of the undersigned to request such a conference.

   2.   Dispositive motions, if any, shall be filed by **December 8, 2003.**

   SO ORDERED this 27th day of October, 2003 at Hartford, Connecticut.

                             _____
                             Donna F. Martinez
                             United States Magistrate Judge