UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 14 P 3: 33
U.S. DISTRICT COURT
BRIDGEPORT, CONN

HENRY CARTER

v.

GEORGE WEZNER, ET AL.

CIVIL NO: 3:00V1132 (AWT) (DFM)

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, Rene Alejandro Ortega, Esquire, of Day, Berry & Howard, CityPlace I, 185 Asylum Street, Hartford, CT 06103, Tel: (860) 275-0100 is appointed as *pro bono* counsel for the plaintiff, Henry Carter, in the above-captioned case for settlement purposes only. Counsel is directed to contact the above-named plaintiff as soon as possible and file a pro bono appearance in this case.

Dated at Bridgeport, Connecticut this 14th day of April, 2005.

KEVIN F. ROWE, Clerk
By

Cynthia Earle,
Staff Attorney