# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

HENRY CARTER

V

GEORGE WEZNER, ET AL.

FILED
2005 APR 21 P 3: 10
DISTRICT COURT
HARTFORD, CT.

**PRO BONO APPEARANCE**

CASE NUMBER: 3:00V1132 (AWT)(DFM)

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for: Henry Carter

---

April 20, 2005
Date

CT 26354
Connecticut Federal Bar Number

860-275-0376
Telephone Number

*[Signature]*
Signature

Rene Alejandro Ortega
Print or Type Name

Day, Berry & Howard LLP
Firm Name

CityPlace I, 185 Asylum Street
Address

Hartford, Connecticut    06103-3499
City            State      Zip Code

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:
AAG Robert Fiske
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut   06105

*[Signature]*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)