# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER:

3:00  CV 1132 (AWT)(DFM)

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**  Henry Carter

Date  3/3/06

Signature  Henry Carter

Connecticut Federal Bar Number  Pro Se

Print Clearly or Type Name  Henry Carter

Telephone Number  203-250-2600

Address  Cheshire Correctional Institution  900 Highland Street
Cheshire, CT 06410

Fax Number  N/A

E-mail address  N/A

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

AAG Robert Fiske
Office of the Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Signature  Henry Carter

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001