UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARTER | : | CASE NO. 3:00 CV 1132 (AWT) (DFM) |
| | : | |
| v. | : | |
| | : | |
| GEORGE WEZNER, ET AL | : | |
| | : | |
| | : | |
| | : | |
| | : | March 3, 2006 |

## MOTION TO WITHDRAW APPEARANCE

  The undersigned, René A. Ortega, respectfully moves to withdraw his *pro bono* appearance on behalf of the Plaintiff, Henry Carter in the above-captioned matter.  By letter dated April 14, 2005, the Court appointed the undersigned to represent Plaintiff for settlement purposes only [Docket Entry No. 24].  As the Court is aware, all attempts at settlement have failed and the Court has set a date for the filing of trial briefs.  Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned certifies that Plantiff has received actual notice of this motion to withdraw appearance by personal service, and has elected to proceed *pro se* in this matter.

                   /s/  René A. Ortega
                  René A. Ortega (#ct26354)
                  Day, Berry & Howard LLP
                  CityPlace I
                  Hartford, CT 06103-3499
                  Tel: (860) 275-0100
                  Fax: (860) 275-0343
                  E-Mail: raortega@dbh.com

## **CERTIFICATION**

  I hereby further certify in accordance with Local Civil Rule 7(e) that a copy of this Motion to Withdraw Appearance was personally served upon the Plaintiff, Henry Carter, on March 3, 2006.

  I hereby further certify that on this 3rd day of March, 2006, a copy of the foregoing Motion to Withdraw Appearance was mailed by first class mail to:

AAG Robert Fiske
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

                /s/ René A. Ortega
                René A. Ortega