

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CARTER  :  CASE NO. 3:00cV 1132 (AWT)(DFM) 2006 MAR -3 P 3:53

v.  :

GEORGE WEZNER, ET AL  :

US DISTRICT COURT
HARTFORD CT

:  March 3, 2006

## MOTION TO WITHDRAW APPEARANCE

The undersigned, René A. Ortega, respectfully moves to withdraw his *pro bono* appearance on behalf of the Plaintiff, Henry Carter in the above-captioned matter. By letter dated April 14, 2005, the Court appointed the undersigned to represent Plaintiff for settlement purposes only [Docket Entry No. 24]. As the Court is aware, all attempts at settlement have failed and the Court has set a date for the filing of trial briefs. Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned certifies that Plantiff has received actual notice of this motion to withdraw appearance by personal service, and has elected to proceed *pro se* in this matter.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 3/7/06

FILED 2006 MAR -8 A DISTRICT OF HARTFORD, CT

René A. Ortega (#ct26354)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
Tel: (860) 275-0100
Fax: (860) 275-0343
E-Mail: raortega@dbh.com

00cv1132end33