UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HENRY CARTER | : | CIVIL NO. 3:00CV1132(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN WEZNER, ET AL | : | MAY 23, 2006 |
| *Defendants* | | |

### DEFENDANT'S MOTION FOR PERMISSION NUNC PRO TUNC TO FILE THEIR TRIAL MEMORANDUM FOUR DAYS LATE

The defendants respectfully move for a four day extension of time, *nunc pro tunc*, from Friday May 19, 2006, to Tuesday May 23, 2006 to file their portion of the Trial Memorandum. The undersigned counsel for the defendants has been waiting for the plaintiff's half of the trial memorandum in order to incorporate it into one document as directed by this Court's Trial Memorandum Order dated February 27, 2006. Upon approach of the deadline date, in the absence of the plaintiff's contribution, the defendants began drafting their portion trial memorandum expecting to add the plaintiff's portion upon its arrival. Having not received the plaintiff's portion by the deadline date, or the following Monday, the undersigned worked diligently to complete the defendant's half for submission to this Court on this date.

This is the defendant's first motion for an extension of time filed in this case and likely the last. Having no more time to wait for the plaintiff, the defendant's hereby file their portion of the Trial Memoranda with this motion, respectfully seeking a *nunc pro tunc* extension of time to file it a couple of days late due to the circumstances set forth above.

The plaintiff is a sentenced and convicted inmate and is housed at the Cheshire Correctional Institution in Cheshire, Connecticut, so his position with respect to this motion could not be ascertained, but given his own delay in filing his portion of the trial memorandum, he will not be prejudiced if this motion is granted.

WHEREFORE, the defendants respectfully request that their motion, *nunc pro tunc,* for a four day extension of time to file their Trial Memorandum be granted.

>     DEFENDANTS
>     THERESA LANTZ, ET AL
>
>     RICHARD BLUMENTHAL
>     ATTORNEY GENERAL
>
> BY:  __/s/_____
>     Robert B. Fiske, III
>     Assistant Attorney General
>     Office of the Attorney General
>     110 Sherman Street
>     Hartford, CT  06105
>     Federal Bar #ct17831
>     Tel.:  (860) 808-5450
>     Fax:  (860) 808-5591
>     E-Mail: robert.fiske@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of May, 2006, to:

Mr. Henry Carter, #177179
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

__/s/_____
Robert B. Fiske, III

Assistant Attorney General