#35

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY CARTER<br>*Plaintiff* | : CIVIL NO. 3:00CV1132(AWT) |
| v. | |
| WARDEN WEZNER, ET AL<br>*Defendants* | : MAY 23, 2006 |

## DEFENDANT'S MOTION FOR PERMISSION NUNC PRO TUNC TO FILE THEIR TRIAL MEMORANDUM FOUR DAYS LATE

The defendants respectfully move for a four day extension of time, *nunc pro tunc*, from Friday May 19, 2006, to Tuesday May 23, 2006 to file their portion of the Trial Memorandum. The undersigned counsel for the defendants has been waiting for the plaintiff's half of the trial memorandum in order to incorporate it into one document as directed by this Court's Trial Memorandum Order dated February 27, 2006. Upon approach of the deadline date, in the absence of the plaintiff's contribution, the defendants began drafting their portion trial memorandum expecting to add the plaintiff's portion upon its arrival. Having not received the plaintiff's portion by the deadline date, or the following Monday, the undersigned worked diligently to complete the defendant's half for submission to this Court on this date.

This is the defendant's first motion for an extension of time filed in this case and likely the last. Having no more time to wait for the plaintiff, the defendant's hereby file their portion of the Trial Memoranda with this motion, respectfully seeking a *nunc pro tunc* extension of time to file it a couple of days late due to the circumstances set forth above.

---

*Handwritten margin note (left side, rotated):* Extension GRANTED, nunc pro tunc, to and including May 24, 2006. The Clerk shall docket the defendant's trial memorandum. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/26/06