**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
HENRY J. CARTER,               :
                               :
        Plaintiff,             :
                               :
v.                             :    Civ No. 3:00CV01132(AWT)
                               :
WARDEN WEZNER, UNIT MANAGER    :
MUCCINO, LIEUTENANT CUERVO,    :
LIEUTENANT KUHR, CORRECTION    :
OFFICER VERNON, CORRECTION     :
OFFICER CROWELL,               :
                               :
        Defendants.            :
                               :
-------------------------------x
```

## NOTICE AND ORDER

During the status conference held on the record today, the court ordered that the plaintiff submit his portion of the trial memorandum by no later than May 29, 2007.

It is so ordered.

Dated this 9th day of May 2007 at Hartford, Connecticut.

                                          /s/AWT
                                   Alvin W. Thompson
                     United States District Judge