UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HENRY J. CARTER | : | |
| | : | |
| v. | : | CASE NO. 3:00CV1132 (AWT) |
| | : | |
| WARDEN WEZNER, UNIT MANAGER MUCCINO, LEUTENANT CUERVO, LEUTENANT KUHR, CORRECTIONS OFFICER VERNON, and CORRECTIONS OFFICER CROWELL | : : : : : | |

ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before June 25, 2007.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before June 25, 2007.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 25th day of May, 2007.

/s/ AWT
Alvin W. Thompson
United States District Judge